

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

          v.

Eriberto Jimenez

ORDER ACCEPTING PLEA ALLOCUTION

06 Cr. 551 (SCR)

---

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated July 28, 2008, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: January 13, 2009

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: